RECEIVED
IN CLERK'S OFFICE
FEB 17 2009
U.S. DISTRICT COURT
MID. DIST. TENN.

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
FEB 17 2009
DEPUTY CLERK

U.S. ATTORNEY GENERAL
800 U.S. Courthouse
801 Broadway
Nashville, Tn. 37203

2-09-09

3 09MC 0025

Dear General

IT deeply saddens me that my situation has come to this point, to think that in the year 2009 there are people who still hate Jewish people, hate crimes in this time are serious criminal offenses even more these types of crimes by staff in a penal facility are serious federal charges, however they are being perpetrated against me.

I want to file criminal charges against the following persons; Mr. Larry Sterba, Mr. Ben Sweat, and Ms. Heidi Meyers. These individuals continue to feed me foods unhealthy for human consumption, rotten, moldy, dirty, old, wilted, spoiled, foods on a regular bases, and even try to feed me foods that are forbidden by my Holy scriptures, and when I complain I'm told to eat it or go hungry, and today Mr. Sweat told me, that Ms. Meyers would decide what I would eat and not the scriptures of the Bible.

Sir I know this is hard to believe but, it is the truth and these people are trying to starve me to death, They are KILLING me slowly, food deprivation is a form of cruelty and torture, even as an incarcerated person I am protected against these types of things,

I have filed with your office copies of the "AFFIDAVIT OF COMPLAINT" I have filed with the United States Court Clerk, please Sir I need you to investigate this matter and present my complaint to the US Grand Jury, for an indictment

Sincerely
Calvin Q. Shange 269223
5115 Harding Place
Nashville, Tn. 37211